UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Shannon Tyrone Craig,                                   Case No.: 12cv1774 (SRN/SER)

           Plaintiff

v.                                                      **ORDER**

Hennepin Co. Sheriffs Department
Minnesota,

           Defendant.

---

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation have been filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion to be excused from paying an initial partial filing fee, [Doc. No. 5], is **GRANTED**;

2. Plaintiff's application for leave to proceed *in forma pauperis*, [Doc. No. 2], is **DENIED**;

3. Plaintiff's motion for appointment of counsel, [Doc. No. 3], is **DENIED**;

4. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1);

5. Plaintiff is required to pay the unpaid balance of the Court filing fee, namely the full $350, in accordance with 28 U.S.C. § 1915(b)(2); and

6. The dismissal of this action is counted as a "strike" against Plaintiff for purposes of 28 U.S.C. § 1915(g).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 31, 2012                          s/Susan Richard Nelson
                                                      Susan Richard Nelson
                                                      U.S. District Court Judge